*E-Filed 2/17/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LATARA BIAS, et al., | No. C 12-0664 RS |
| Plaintiffs, | **RECUSAL ORDER** |
| v. | |
| WELLS FARGO & CO., et al., | |
| Defendants. | |

I hereby recuse myself from hearing or determining any matters which have been referred to me as District Judge in the above-entitled action.  The Clerk of Court shall reassign the referred matters in this case to another District Judge.

IT IS SO ORDERED.

Dated:  2/17/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

RECUSAL ORDER