UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATARA BIAS, et al.,<br><br>  Plaintiffs,<br><br>vs.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>  Defendants. | Case No. 12-cv-00664-YGR<br>Related Case Nos.      12-cv-02915-YGR<br>                                    12-cv-02916-YGR<br><br>**ORDER CONSOLIDATING *BIAS* AND *MORRISON* CASES AND ADMINISTRATIVELY CLOSING *FITCH*** |

The Court orders that *Morrison v. Wells Fargo Bank, N.A., et al.*, Case No. 12-cv-02916-YGR is hereby **CONSOLIDATED** with lead case *Bias v. Wells Fargo & Co., et al.*, Case No. 12-cv-00664-YGR. All further filings in these matters shall be in the lead case number.

In addition, the parties agree that *Fitch v. Wells Fargo Bank, N.A.*, *et al.*, Case No. 12-cv-02915-YGR should be closed. The Court **ORDERS** that the *Fitch* action be administratively closed.

**IT IS SO ORDERED.**

Dated: November 4, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**