UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATARA BIAS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> WELLS FARGO & COMPANY, et al., <br><br> Defendants, <br><br> AND CONSOLIDATED ACTIONS. | Case No.: 12-cv-0664-YGR <br> Related Case Nos.   12-cv-03892-YGR <br>                      12-cv-03897-YGR <br><br> **CASE MANAGEMENT AND PRETRIAL ORDER** |

**PRETRIAL SCHEDULE**

| | |
|---|---|
| LAST DAY TO AMEND PLEADINGS: | 11/4/13 |
| PRIVATE MEDIATION TO BE COMPLETED: | 3/31/14 |
| NON-EXPERT DISCOVERY CUTOFF: | 6/20/14 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening:   7/21/14 <br> Rebuttal:   8/11/14 |
| EXPERT DISCOVERY CUTOFF: | 9/2/14 |
| CLASS CERTIFICATION MOTION TO BE FILED: | 9/23/14 |
| CLASS CERTIFICATION OPPOSITION TO BE FILED: | 10/23/14 |
| CLASS CERTIFICATION REPLY TO BE FILED: | 11/24/14 |
| HEARING ON MOTION FOR CLASS CERTIFICATION: | 12/16/14 at 2:00 p.m. |

**IT IS SO ORDERED.**

Dated: November 6, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**