UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GLORIA STITT, ET AL.,**<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**CITIBANK, N.A., ET AL.,**<br><br>    **Defendants,**<br><br>**AND CONSOLIDATED ACTIONS.** | **Case No.: 12-CV-3892 YGR**<br><br>**ORDER REQUESTING STATUS UPDATE** |

On November 6, 2013, the Court entered a Case Management and Pretrial Order in this action. (Dkt. No. 54.) As the discovery deadlines set therein near, the Court requests that the parties jointly submit a statement of not more than three pages no later than April 23, 2014, apprising the Court of the status of this litigation.

**IT IS SO ORDERED**.

Date: April 18, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**