UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LATARA BIAS, et al.,

    Plaintiffs,

v.

WELLS FARGO & COMPANY, et al.,

    Defendants.

Case No. 12-cv-00664-YGR  (JCS)

**DISCOVERY ORDER**

Re: Dkt. No. 145

The Court has received the parties' Join Letter Brief, filed October 8, 2014, concerning the parties' disputes regarding: "(1) one of the topics noticed by Plaintiffs in a Rule 30(b)(6) deposition notice; (2) one of Plaintiffs' requests for admission; and (3) all deposition transcripts, expert reports, and declarations produced in a separate action pending in the Southern District of Iowa." Dkt. No. 145 at 1. A hearing on these issues was held on October 17, 2014, at 9:30 a.m. Good cause appearing, and for the reasons stated on the record, the Court rules as follows:

1. Defendant is ordered to provide a 30(b)(6) witness to testify regarding invoices and cash reimbursement requests made by Wells Fargo to Fannie Mae for out-of-pocket expenses for broker price opinions during the class period, to the extent requested by Plaintiff's Amended Notice of Deposition of Defendant Wells Fargo Bank's Attachment A. *See* Dkt. No. 145-1 at 4.

2. Plaintiff's request to compel a response to its Third Set of Requests for Admission, *see* Dkt. No. 145-2, is DENIED.

3. Plaintiff's request to compel production of documents related to the *Huyer* action[1] is denied.

---

[1] *Huyer v. Wells Fargo & Co.*, 4:08-cv-507-RP-CFB (S.D. Iowa)

**IT IS SO ORDERED.**

Dated: October 20, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge