UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LATARA BIAS,** *et al.*, <br><br> **Plaintiff,** <br><br> vs. <br><br> **WELLS FARGO & COMPANY,** *et al.*, <br><br> **Defendants.** | **Case No.: 12-CV-0664- YGR** <br><br> **SCHEDULING AND PRETRIAL ORDER** <br><br> Re: Dkt. No. 201 |

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| DEFENDANTS' MOTION FOR SUMMARY JUDGMENT TO BE FILED BY: | April 5, 2016 (Hearing May 17, 2016) |
| DEFENDANTS' MOTION FOR DECERTIFICATION TO BE FILED BY: | May 3, 2016 (Hearing June 7, 2016) |
| COMPLIANCE HEARING (*SEE BELOW*) | December 2, 2016 at 9:01 a.m. |
| PRETRIAL CONFERENCE: | December 16, 2016 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, January 30, 2017 at 8:30 a.m. for fifteen days. <br> (Jury Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference.  The compliance hearing on Friday, December 2, 2016 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith.  The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.  No later than November 23, 2016, the parties shall file a one-page

JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: March 7, 2016

_____
**YVONNE GONZALEZ-ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**