**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LATARA BIAS**, *et al.*, | Case No.: 12-cv-0664- YGR |
| Plaintiffs, | **ORDER APPROVING CLASS NOTICE DOCUMENTS** |
| vs. | |
| **WELLS FARGO & CO.**, *et al.*, | Re: Dkt. No. 223 |
| Defendants. | |

On March 18, 2016, Plaintiffs submitted revised proposed class notice documents jointly agreed upon by the parties. (Dkt. No. 223.) The Court has reviewed the revised documents and finds they are appropriate for dissemination to the class. Accordingly, the Court **APPROVES** the format and contents of the class notice documents attached as Exhibit A to Docket Number 223.

**IT IS SO ORDERED**.

Dated: March 23, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**